1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  ANTHONY R. TURNER,                    No.  2:13-cv-1839 DAD P
12              Petitioner,
13       v.                               ORDER
14  DIRECTOR OF CDCR et al.,
15              Respondents.
16

17       Petitioner is a state prisoner proceeding pro se and in forma pauperis.  In accordance with

18  the court's February 14, 2014 order, petitioner has filed an amended petition for a writ of habeas

19  corpus pursuant to 28 U.S.C. § 2254.

20       This court dismissed petitioner's original petition with leave to amend granted to permit

21  petitioner to clarify what conviction, if any, he was attempting to challenge.  Petitioner has

22  clarified in his amended petition that he seeks to challenge a prison disciplinary conviction that he

23  suffered, apparently while incarcerated at Salinas Valley State Prison (SVSP).  (Am. Pet. at 6 &

24  Ex. A.)  Petitioner is currently confined at California State Prison, Corcoran.  Corcoran State

25  Prison is in Kings County, which is part of the Fresno Division of the United States District Court

26  for the Eastern District of California.  See Local Rule 120(d).

27       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

28  division of a court may, on the court's own motion, be transferred to the proper division of the

1

1   court.  Therefore, this action will be transferred to the Fresno Division of the court.

2         Good cause appearing, IT IS HEREBY ORDERED that:

3         1.  This action is transferred to the United States District Court for the Eastern District of

4   California sitting in Fresno; and

5         2.  All future filings shall reference the new Fresno case number assigned and shall be

6   filed at:

7                    United States District Court
                     Eastern District of California
                     2500 Tulare Street
8                    Fresno, CA 93721

9   Dated:  March 20, 2014

10

11  _____
    DALE A. DROZD
12  UNITED STATES MAGISTRATE JUDGE

    DAD:9
    turn1839.109

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28